**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 96-6632**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

KARL DALVIN CUFF,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News. Richard B. Kellam, Senior District Judge. (CR-93-4-NN, CA-96-4-NN)

Submitted: January 31, 1997      Decided: February 25, 1997

Before WIDENER, MURNAGHAN, and ERVIN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Karl Dalvin Cuff, Appellant Pro Se. Arenda L. Wright Allen, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying his motion filed under 28 U.S.C. § 2255 (1994), <u>amended by</u> Antiterrorism and Effective Death Penalty Act of 1996, Pub. L. No. 104-132, 110 Stat. 1214. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>United States v. Cuff</u>, No. CR-93-4-NN; CA-96-4-NN (E.D. Va. Mar. 22, 1996). We deny Appellant's pending motion to appoint counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2